**FILED**
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ DEC 17 2019 ★

BROOKLYN OFFICE


RD 12/9/19

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: RESTASIS (CYCLOSPORINE OPHTHALMIC EMULSION) ANTITRUST LITIGATION | 18-MD-2819 (NG) (LB) |
| This Document Relates To: All Actions | |

**JOINT STIPULATION AND [~~PROPOSED~~] ORDER TO REVISE DEADLINES FOR SERVING MERITS EXPERT REPORTS**

**WHEREAS**, pursuant to the October 17, 2019 Joint Stipulation and Order to Extend Deadlines for Serving Merits Expert Reports (the "October 17 Stipulation"), the parties agreed that, except for Allergan's rebuttal to the EPP Damages Report and Craft Merits Report, "Allergan's deadline to serve its merits expert reports" is "November 8, 2019," and "[a]t the time of service, Allergan shall offer plaintiffs two alternative dates for deposition of its expert witness . . . with such dates being between November 18 and December 16";

**WHEREAS**, pursuant to the October 17 Stipulation, the parties further agreed that, except for the EPP Damages Report and Craft Merits Report, "[p]laintiffs deadline to serve their rebuttal merits reports" is "December 20, 2019 . . ." and that "[a]t the time of service of the rebuttal merits reports, plaintiffs will provide at least two dates in January and/or February 2020 of availability of each served expert's deposition";

**WHEREAS**, Allergan served the expert report of Dr. Sumanth Addanki on November 8, 2019 and offered November 18 or 19, 2019 for deposition;

**WHEREAS**, Allergan served the expert report of Dr. Bruce Burlington on November 8, 2019 and offered December 9 or 10, 2019 for deposition;

**WHEREAS**, plaintiffs were unable to take the depositions of Drs. Addanki and Burlington on the offered dates and the parties were unable to identify alternative dates between November 18, 2019 and December 16, 2019 for such depositions;

**WHEREAS**, the parties have agreed that Dr. Addanki will be deposed on December 18, 2019 and Dr. Burlington will be deposed for a half day on December 20, 2019; and

**WHEREAS**, Plaintiffs seek additional time for certain of their experts to incorporate any additional information obtained at the Addanki and Burlington depositions;

**IT IS HEREBY STIPULATED AND AGREED**, subject to the Court's approval, that:

1. Plaintiffs shall serve their rebuttal reports, as previously scheduled, on December 20, 2019, except for the report of Dr. Leffler (and the EPP Damages Report and Craft Merits Report, which are subject to a different schedule).

2. The time for Retailer Plaintiffs to serve a rebuttal report from Dr. Leffler shall be extended until December 27, 2019;

3. Plaintiffs shall have until December 27, 2019 to serve supplements to the reports of Uwe Christians, Todd Clark, David Kessler and/or Roger Williams responding to the testimony provided by Dr. Burlington at his deposition, with each such supplement not to exceed eight pages; and

4. The depositions of Leffler, Clark, Kessler, and Williams will be scheduled for a date on or after January 20, and the deposition of Christians swill be scheduled for a date on or after January 17.

Dated: December 16, 2019

By: */s/ Thomas M. Sobol*
    Thomas M. Sobol
    Kristen A. Johnson
    Jessica R. MacAuley

By: */s/ Eric J. Stock*
    Eric J. Stock
    GIBSON, DUNN & CRUTCHER LLP
    200 Park Avenue

Hannah W. Brennan
HAGENS BERMAN SOBOL
SHAPIRO LLP
55 Cambridge Parkway, Suite 301
Cambridge, Massachusetts 02142
Telephone: (617) 482-3700
Facsimile: (617) 482-3003
tom@hbsslaw.com
kristenj@hbsslaw.com
jessicam@hbsslaw.com
hannahb@hbsslaw.com

*Interim Lead and Liaison Counsel for the Direct Purchaser Class Plaintiffs*

By:   /s/ *Dena C. Sharp*

Dena C. Sharp
Scott M. Grzenczyk
Tom Watts
GIRARD SHARP LLP
601 California Street, Suite 1400
San Francisco, CA 94108
Telephone: (415) 981-4800
Facsimile: (415) 981-4846
dsharp@girardsharp.com
scottg@girardsharp.com
tomw@girardsharp.com

Joseph R. Saveri
Kyle Quackenbush
JOSEPH SAVERI LAW FIRM, INC.
601 California Street, Suite 1000
San Francisco, California 94108
Telephone: (415) 500-6800
Facsimile: (415) 395-9940
jsaveri@saverilawfirm.com
kquackenbush@saverilawfirm.com

Eric B. Fastiff
David T. Rudolph
Adam Gitlin
LIEFF CABRASER HEIMANN &
BERNSTEIN, LLP
275 Battery Street, 29th Floor
San Francisco, CA 94111-3339
Telephone: (415) 956-1000

New York, NY 10166-0193
Tel.: (212) 351-4000
Fax: (212) 351-4035
estock@gibsondunn.com

M. Sean Royall
KIRKLAND & ELLIS LLP
1601 Elm Street
Dallas, TX 75201-6912
Tel.: (214) 972-1759
sean.royall@kirkland.com

Matthew C. Parrott
GIBSON, DUNN & CRUTCHER LLP
3161 Michelson Drive
Irvine, CA 92612-4412
Tel.: (949) 451-3800
Fax: (949) 451-4220
mparrott@gibsondunn.com

*Attorneys for Defendant Allergan, Inc.*

By:   /s/ *Scott E. Perwin*
Scott E. Perwin
Lauren C. Ravkind
Anna T. Neill
KENNY NACHWALTER P.A.
Four Seasons Tower
1441 Brickell Avenue, Suite 1100
Miami, FL 331331
Tel.: (305) 373-1000
Fax: (305) 372-1861
sec@knpa.com
lcr@knpa.com
aneil@knpa.com

*Counsel for the Walgreen Plaintiffs*

By:   /s/ *Barry L. Refsin*
Barry L. Refsin
Monica L. Rebuck
Eric L. Bloom
HANGLEY ARONCHICK SEGAL
PUDLIN & SCHILLER
One Logan Squre, 27th Floor
Philadelphia, PA 19103
Tel.: (215) 496-7031

3

Facsimile: (415) 956-1008
efastiff@lchb.com
drudolph@lchb.com
agitlin@lchb.com

*Interim Co-Lead Counsel for the End-Payor Class Plaintiffs*

Fax: (215) 568-0300
brefsin@hangley.com
mrebuck@hangley.com
ebloom@hangley.com

*Counsel for the CVS Pharmacy and Rite Aid Plaintiffs*

Dan Drachler (DD 1526)
Sona Shah (SS 4712)
ZWERLING, SCHACHTER &
ZWERLING, LLP
41 Madison Avenue, 32nd Floor
New York, NY 10010
Tel: (212) 223-3900
Fax: (212) 371-5969
ddrachler@zsz.com
sshah@zsz.com

-and-

1904 Third Avenue, Suite 1030
Seattle, WA 98101
Telephone: (206) 223-2053
Facsimile: (206) 343-7636

*End-Payor Interim Liaison Counsel*

## [PROPOSED] ORDER

**SO ORDERED** this 17th day of December 2019.

/s/ *Nina Gershon*
HONORABLE NINA GERSHON
UNITED STATES DISTRICT JUDGE